PER CURIAM.
Upon a review of the record, it is clear that the appellants were independent contractors. See, e.g., Wilson v. Sandstrom, 317 So.2d 732 (Fla.1975), cert. denied sub nom. Alder v. Sandstrom, 423 U.S. 1053, 96 S.Ct. 782, 46 L.Ed.2d 642 (1976); Cantor v. Cochran, 184 So.2d 173 (Fla.1966); Pearson v. Harris, 449 So.2d 339 (Fla. 1st DCA 1984). Therefore, Chapter 448, Florida Statutes, is not applicable. Accordingly, the award of attorney’s fees to appel-lees is reversed. The award of costs is affirmed.
ANSTEAD, DELL and STONE, JJ., concur.